# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01282 VAP (DTBx)                    Date:  January 25, 2010

Title:     ULIVARDO AVALOS -v- DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for SECURITIZED ASSET BACKED RECEIVABLES, LLC TRUST 2007-NC2, FIRST AMERICAN HOME LOANS, INC., DOES 1 through 20, Inclusive
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                                None Present
  Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

  None                                  None

PROCEEDINGS:     ORDER TO SHOW CAUSE (IN CHAMBERS)

     The Court ORDERS Plaintiff to show cause in writing no later than **February 12, 2010**, why this action should not be dismissed for failure to prosecute.

     Plaintiff filed the Complaint on July 7, 2009, more than six months ago. Plaintiff has not filed proofs of service as to any defendants, as required by Rule 4(m) of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. ").

**EDCV 09-01282 VAP (DTBx)**
**ULIVARDO AVALOS v DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.**
**MINUTE ORDER of January 25, 2010**

     The Court will consider filing of the proofs of service of summons and complaint as an appropriate response to this OSC.  Failure to respond in writing may result in dismissal of the action.

     **IT IS SO ORDERED.**