**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULIVARDO AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for SECURITIZED ASSET BACKED RECEIVABLES, LLC TRUST 2007-NC2, FIRST AMERICAN HOME LOANS, INC., DOES 1 through 20, Inclusive,<br><br>        Defendants. | Case No. EDCV 09-01282 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>February 17, 2010</u>

                                                                            VIRGINIA A. PHILLIPS
                                                     United States District Judge